UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D'ANDREA,<br><br>                    Plaintiff<br><br>v.<br><br>SPRINGFIELD COLLEGE,<br><br>                    Defendant | CIVIL ACTION NO. 3:22-cv-30144-MGM |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Plaintiff, Michael D'Andrea ("Plaintiff"), through his counsel, Daniel J. O'Connell, Esq., and Defendant, Springfield College, ("Defendant"), through its counsel, Amanda Marie Baer., Esq., herby submit the following Joint Statement of Parties pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Rule 16.1 of the Local Rules.

**NATURE OF THE CASE**

Plaintiff brought this action against Defendant alleging claims of race/color/ethnicity/national origin discrimination and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended, and M.G.L. c. 151B. Defendant denies all material allegations.

**REPORT OF PARTIES' PLANNING MEETING**

1.     Pursuant to Local Rule 16.1(b), meetings were held via electronic mail between the parties' counsel.

2. <u>Proposed Agenda of Matters to be Discussed at Scheduling Conference</u>:

    a. Establishment of a schedule for discovery;

    b. Establishment of a schedule for filing motions; and

    c. Establishment of a schedule for future court conferences.

3. <u>Discovery Plan</u>: The parties propose to the Court the following discovery plan and schedule:

    a. Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed on or before March 30, 2023 (i.e. within fourteen (14) days of the Rule 16 Scheduling Conference).

    b. Motions Seeking Leave to Add New Parties or to Amend Pleadings shall comply with the applicable Federal Rules of Civil Procedure.

    c. All non-expert discovery, meaning all depositions completed and all written discovery requests propounded and responded to, shall be completed no later than December 18, 2023 (i.e. nine (9) months after the Initial Scheduling Conference) in order to ensure adequate time for all written discovery and depositions.

    d. Expert discovery:

        i. Plaintiff's expert disclosure by January 16, 2024.
        ii. Defendant's expert disclosure by February 16, 2024.
        iii. All expert discovery, including depositions, completed by March 18, 2024.

    f. Dispositive Motions, if any, shall be served no later than May 16, 2024. Any Opposition to any Dispositive Motion shall be served no later than June 17, 2024. Reply briefs shall comply with the applicable Federal Rules of Civil Procedure.

    g. Pretrial Conference at a time set by the Court following resolution of any Dispositive Motion.

4. <u>Scope of Discovery</u>:   The parties anticipate that Plaintiff and Defendant will need to conduct discovery regarding the claims and defenses at issue in this litigation which may include, among other things, information regarding Plaintiff's allegations related to Defendant's conduct, Plaintiff's alleged damages, and Defendant's alleged legitimate, non-discriminatory reasons for its actions. The parties agree that they will attempt to resolve discovery limitations under Rule 26 of the Federal Rules of Civil Procedure.

5. <u>Issues Relating to Disclosure or Discovery of Electronically Stored Information</u>: Undersigned counsel agree to address the disclosure and preservation of electronically stored information, including, but not limited to, the form in which such data shall be produced, search terms to be applied in connection with the retrieval and production of such information, the location and format of electronically stored information, appropriate steps to preserve electronically stored information, and the allocation of costs of assembling and producing such information. The parties agree to take appropriate steps to preserve all relevant electronic information and will notify third parties to preserve all relevant electronic information. Any unanticipated issues will be addressed as this case progresses.

6. <u>Certification of Conference Regarding Budget and Alternative Dispute Resolution</u>: Plaintiff and Defendant will submit certifications from their respective clients regarding the litigation budget and alternative dispute resolution to the Court for filing prior to the Scheduling Conference.

7. <u>Settlement Proposal</u>:   Plaintiff will provide a settlement demand to Defendant prior to the Scheduling Conference.

8. No other matters affecting the scheduling of the case are presently known.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Plaintiff<br>MICHAEL D'ANDREA<br>By His Attorney | The Defendant<br>SPRINGFIELD COLLEGE<br>By Its Attorney |
| */s/Daniel J. O'Connell*<br>DANIEL J. O'CONNELL, ESQ.<br>BBO No. 550633<br>O'Connell & Plumb, P.C.<br>75 Market Place<br>Springfield, Massachusetts 01103<br>Telephone No. (413) 733-9111<br>Facsimile No. (413) 733-9888<br>Email: doconnell@ocpllaw.com | */s/Amanda Marie Baer*<br>AMANDA MARIE BAER., ESQ.<br>BBO No. 681386<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>Telephone No. (508) 860-1472<br>Facsimile No. (508) 983-6230<br>Email: abaer@mirickoconnnell.com |
| Dated: March 7, 2023 | Dated: March 7, 2023 |

CERTIFICATE OF SERVICE

I, Daniel J. O'Connell, hereby certify that on this 7th day of March 2023, I caused a true copy of the foregoing document to be served via electronic filing through the ECF to Counsel of Record for the Defendant.

*/s/Daniel J. O'Connell*
Daniel J. O'Connell