UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Michael D,Andrea, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 22-cv-30144-MGM |
| v. | ) | |
| Springfield College, | ) | |
| Defendant, | ) | |

SETTLEMENT ORDER OF DISMISSAL
January 23, 2025

U.S.D.J. MARK G. MASTROIANNI

The court, having been advised on January 23, 2025, that the above-entitled action has been Settled.

IT IS ORDERED that this action is hereby dismissed between these parties without costs and without prejudice to the right of any such party, upon good cause shown, to reopen the action within Forty-Five (45) days if settlement is not consummated.

By the Court,

/s/ *Tamara Figueroa*
Tamara Figueroa
Deputy Clerk